■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THAYER CHAPMAN, Appellant. [757 NYS2d 738] —Judgment, Supreme Court, Bronx County (David Stadtmauer, J.), rendered November 27, 2000, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 7½ to 15 years, unanimously affirmed.

Defendant's challenges to the People's summation are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would find that the challenged remarks did not deprive defendant of a fair trial (*see*

*People v Overlee*, 236 AD2d 133 [1997], *lv denied* 91 NY2d 976 [1998]; *People v D'Alessandro*, 184 AD2d 114, 118-119 [1992], *lv denied* 81 NY2d 884 [1993]).

We perceive no basis for reducing the sentence. Concur— Nardelli, J.P., Andrias, Sullivan, Rosenberger and Wallach, JJ.